UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>YI SOO JOHN KIM,<br><br>    Debtor.<br><br>―――――――――――――――<br><br>N.A. SALES COMPANY, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>YI SOO JOHN KIM aka YI SOO KIM aka JOHN KIM,<br><br>    Defendant. | Case No. 19-cv-02536-JD<br><br>**REFERRAL FOR RELATED CASE DETERMINATION**<br><br>Re: Dkt. No. 1 |

At the consent of the parties, the underlying matter was reassigned to Magistrate Judge Corley. *See N.A. Sales Company, Inc. v. Seo*, Case No. 19-cv-00832-JSC, Dkt. No. 39. A withdrawal of the bankruptcy reference as requested in this case might lead to proceedings that substantially overlap with the issues in the assigned case. Consequently, the Court believes that Judge Corley should decide whether to relate the cases.

**IT IS SO ORDERED.**

Dated: June 27, 2019

JAMES DONATO
United States District Judge